# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-30872

UNITED STATES OF AMERICA,

United States Court of Appeals
Fifth Circuit

**FILED**
March 4, 2016

Lyle W. Cayce
Clerk

Plaintiff-Appellee

v.

JOSEPH ST. PIERRE,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:11-CR-248

Before DAVIS, JONES, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Joseph St. Pierre, federal prisoner # 32181-034, was sentenced in February 2012 to imprisonment for 97 months after pleading guilty to receiving child pornography. St. Pierre filed a notice of appeal from the judgment in September 2015, more than three years after entry of judgment and well beyond the time for appealing and the time for extending the appeal period. *See* FED. R. APP. P. 4(b)(1)(A), (b)(4). St. Pierre's appeal, which is far outside the time limit, is frivolous. *See United States v. Leijano-Cruz*, 473 F.3d

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-30872

571, 574 (5th Cir. 2006).  Consequently, the appeal is DISMISSED, *see* 5TH CIR. R. 42.2, and his motion for appointment of counsel is DENIED AS MOOT.